```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANDREW FULLMAN,                    :
                                   :   CIVIL ACTION
      Plaintiff,                   :   NO. 17-2673
                                   :
         v.                        :
                                   :
CITY OF PHILADELPHIA,              :
 et al.,                           :
      Defendants.                  :
```

**O R D E R**

**AND NOW**, this **10th** day of **May, 2018,** upon consideration of the Defendants' motions to dismiss (ECF Nos. 10, 23) and Plaintiff's responses in opposition thereto (ECF Nos. 16, 24) it is hereby **ORDERED** as follows:

1. Defendants' motions to dismiss (ECF Nos. 10, 23) are **DENIED**.

2. Defendants shall depose Plaintiff regarding the claims in Plaintiff's Substitute Amended Complaint (ECF No. 7) on or before **August 9, 2018.**

3. Thereafter, Defendants shall attach a copy of the deposition transcript, along with any exhibits used during the deposition, to a motion for summary judgment that Defendants shall file with the Court on or before **September 10, 2018.**

4. A telephone conference status and scheduling

conference shall thereafter be scheduled to fix a date for Plaintiff to respond to the motion for summary judgment and discuss what, if any, further discovery may be taken in this case.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**