```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANDREW FULLMAN,                  :
                                 :   CIVIL ACTION
    Plaintiff,                   :   NO. 17-2673
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA,            :
 et al.,                         :
    Defendants.                  :

## O R D E R

**AND NOW**, this **2nd** day of **July, 2018,** upon consideration of Plaintiff's motion to compel discovery (ECF No. 28), it is hereby **ORDERED** that the motion (ECF No. 28) is **DENIED without prejudice.**[1]

**AND IT IS SO ORDERED.**

                                              **/s/ Eduardo C. Robreno**
                                              **EDUARDO C. ROBRENO,    J.**

---

[1] The Court previously stayed discovery in this case, see ECF No. 19, pending determination of Defendants' motions to dismiss, which were subsequently denied. See ECF No 25. In accordance with this Court' prior Order, see id., a telephone status and scheduling conference will be scheduled after Defendants file their motion for summary judgment. At this conference, the Court will discuss what, if any, discovery Plaintiff requires.