```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANDREW FULLMAN,                    :   CIVIL ACTION
                                   :   NO. 17-02673
     Plaintiff,                    :
                                   :
v.                                 :
                                   :
CITY OF PHILADELPHIA; RICHARD      :
ROSS, JR.; and EILEEN A.           :
BONNER,                            :
                                   :
     Defendants.                   :
```

## O R D E R

**AND NOW**, this **31st** day of **July, 2019**, following a status and scheduling conference held on the record on July 31, 2019, it is hereby **ORDERED** as follows:

      1.   Plaintiff's Motions for Extension of Time (ECF Nos. 53 and 54) are **DENIED as moot**;

      2.   Plaintiff may file a response to the pending motions for summary judgment by no later than **August 30, 2019**. If such a response is filed, Plaintiff shall attach copies of his proposed discovery requests (interrogatories, requests for production of documents, and notices of deposition). Plaintiff shall explain how the proposed discovery is necessary in order for him to fully respond to the pending motions for summary judgment. See Fed. R. Civ. P. 56(d).

3. In the event that Plaintiff files a response to the pending motions for summary judgment, Defendants shall file a reply by no later than **September 29, 2019.**

        **AND IT IS SO ORDERED.**

        */s/ Eduardo C. Robreno*
        *EDUARDO C. ROBRENO, J.*