IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Andrew Fullman,                  :     CIVIL ACTION
                                 :     NO. 17-02673
          Plaintiff             :
     v.                          :
                                 :
City of Philadelphia, et al.,    :
                                 :
          Defendants            :

**ORDER**

**AND NOW**, this **16th** day of **September, 2019,** after
considering Plaintiff's Motions to Join Additional Parties (ECF
No. 60 and ECF No. 62), Plaintiff's Motion for an Extension of
Time (ECF No. 61), and Plaintiff's Motion Requesting Appointment
of Counsel (ECF No. 63) it is hereby **ORDERED** that:

1. Plaintiff's Motions to Join Additional Parties (ECF No.
   60 and ECF No. 62) are **DENIED** without prejudice, and
   Plaintiff may raise these motions again at a later time**;**

2. Plaintiff's Motion for an Extension of Time (ECF No. 61)
   is **GRANTED;**

3. Plaintiff shall file a response to Defendants' motions
   for summary judgment no later than **November 15, 2019**,
   and if such a response is filed, Plaintiff shall attach
   copies of his proposed discovery requests
   (interrogatories, requests for production of documents,
   and notices of deposition), in accordance with the order
   from this Court on July 31, 2019 (ECF No. 55);

4. Plaintiff's Motion Requesting Appointment of Counsel

   (ECF No. 63) is **DENIED** without prejudice, and Plaintiff

   may raise this motion again at a later time.


   **AND IT IS SO ORDERED.**


                              */s/ Eduardo C. Robreno*
                              *EDUARDO C. ROBRENO,     J.*